# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>NORDIC ENERGY SERVICES LLC,<br><br>   Defendant. | Case No. 1:22-cv-03728 |

  The Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

DATED: August 4, 2022

                PLAINTIFF,
                By his attorneys,

                **/s/ *Anthony I. Paronich***
                Anthony I. Paronich
                Paronich Law, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, MA 02043
                (508) 221-1510
                anthony@paronichlaw.com