UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Andrew Perrong
                       Plaintiff,

v.                                    Case No.: 1:22−cv−03728
                                              Honorable Virginia M. Kendall

Nordic Energy Services LLC
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 5, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall: Case is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) and Notice of Voluntary Dismissal [4]. Status hearing set for 10/12/2022 is stricken. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.